## 31734. BLAND *v.* THE STATE.

DECIDED DECEMBER 5, 1947.

*P. M. Anderson, C. L. Cowart,* for plaintiff in error.

*R. L. Dawson, Solicitor-General,* contra.

TOWNSEND, J. (After stating the foregoing facts.) 1. While the testimony in this case is not identical with that in *Kicklighter* v. *State,* ante, the defendant in that case and the defendant herein having been jointly indicted and tried separately, the facts are sufficiently parallel to authorize this court to apply to this case what was said in the first headnote and the corresponding division of the opinion in the *Kicklighter* case, except what was there said about the testimony of this defendant as a witness in that case.

The general grounds and the special ground of the amended motion, contending that the evidence was insufficient to establish the venue, are without merit.

2. The theory of the defendant, that he was innocently acting in good faith on the occasion in question, by helping John Kirkland find and kill his cattle at Kirkland's instance and request, is presented solely by the statement of the defendant. It is not error, in the absence of a request, to fail to charge on a

theory presented solely by the statement of the defendant. See many cases in the Annotated Code under § 38-415, following the catchword, "Charge." This assignment of error is without merit.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*